ORIGINAL

# SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN - 2 2009

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **3-09 CR 145-N** |
| | § | |
| v. | § | No. |
| | § | |
| MARCUS CHOICE WILLIAMS (1) | § | **TO BE FILED UNDER SEAL** |
|    a/k/a  "Cross Country Redd" | § | |
|    a/k/a  "Redd" | § | |
|    a/k/a  "Marcus Choice" | § | |
| | § | |
| KENYA LEEANN THOMAS (2) | § | |
|    a/k/a  "Ariel Scott" | § | |
| | § | |
| PRESTON PETITT (3) | § | |

## INDICTMENT

The Grand Jury Charges:

### Introduction

At all times material to this indictment:

1.    The escort referral service PrivateBash.com and the associated web-site

were, at all times referred to in this indictment, solely owned by defendant, **Marcus**

**Choice Williams** ("**Williams**").

2.    PrivateBash.com, at all times referred to in this indictment, advertised itself

as "an elite full dating service" providing "exclusive and discreet service" for those

"looking for the finest in female companionship."

Indictment - Page 1

3.      PrivateBash.com, at all times referred to in this indictment, advertised "Incall"and "Outcall" services for locations in "Boston-D.C.-Dallas."

4.      At all times referred to in this indictment, Darkside Productions, Inc. has operated the website located at www.erosguide.com and featured advertising for the adult entertainment and sex industry worldwide.

5.      The following pseudonyms:   a) T. A., b) K. M., c) C. C., and d) J. L.; were given by defendant **Marcus Choice Williams** to young women who are also known to the Grand Jury by their legal names and the following dates of birth, respectively: a) April 4, 1981, b) September 14, 1977, c) November 10, 1981, and d) May 13, 1986.

<u>Count One</u>
Conspiracy to Transport for Prostitution
(Violation of 18 U.S.C. § 371 (18 U.S.C. § 2421))

1.      The Grand Jury realleges and incorporates the Introduction of this

Indictment as fully set forth herein.

2.      Beginning on or about April 5, 2006, and continuing through on or about

August 15, 2007, all dates being approximate and inclusive, in the Dallas Division of the

Northern District of Texas and elsewhere, the defendants, **Marcus Choice Williams**,

**Kenya Leeann Thomas** and **Preston Petitt**, did knowingly and willfully conspire and

agree with each other and with others known and unknown to the Grand Jury to commit

offenses against the United States, to wit, knowingly transporting individuals in interstate

or foreign commerce, with the intent that such individuals engage in prostitution in

violation of 18 U.S.C. § 2421.

### **Object of the Conspiracy**

3.      It was the object of the conspiracy to transport young women between

various cities, including but not limited to Dallas, Texas, Washington, D.C. and Boston,

Massachusetts  to engage in prostitution for the financial benefit of defendant **Marcus**

**Choice Williams.**

### **Manner and Means of the Conspiracy**

4.      It was part of the conspiracy that defendants **Williams, Thomas, Petitt** and

other coconspirators both known and unknown to the Grand Jury managed a prostitution

ring that operated in several states and jurisdictions, including, but not limited to, Texas, Massachusetts, and Washington, D.C.

5.      It was further part of the conspiracy that defendants **Williams, Thomas, Petitt** and other coconspirators both known and unknown to the Grand Jury recruited and transported young women between several states and Washington, D.C. for the purpose of engaging in prostitution.

6.      It was further part of the conspiracy that defendants **Williams, Thomas, Petitt** and other coconspirators both known and unknown to the Grand Jury rented hotel rooms from which young women engaged in acts of prostitution.

7.      As the result of actions taken in furtherance of the conspiracy, defendant **Williams** derived substantial income from the prostitution of young women.

### Overt Acts

8.      In furtherance of the conspiracy and to accomplish its objective, the conspirators committed the following overt acts, among others, in the Northern District of Texas and elsewhere:

a)      On or about April 5, 2006, defendant **Williams** leased Apartment #534, located within The Montgomery Apartments, 11101 Georgia Avenue, Wheaton, Maryland.

b)   On or about May 12, 2006, through on or about May 18, 2006, defendant
     **Williams** rented a room at the Hilton Washington, D.C./Silver Spring
     Hotel.

c)   On or about June 9, 2006, defendant **Williams** contracted with 3rdigital
     Web Design d/b/a NewDesignStudio.com to develop and host the web-site,
     PrivateBash.com, and to photograph several young women in various stages
     of undress for advertisement on that web-site.

d)   On various dates between on or about June 9, 2006, and August 10, 2007,
     defendant **Williams** paid NewDesignStudio.com to photograph young
     women for advertisement on the website www.PrivateBash.com.

e)   On or about August 8, 2006, through on or about August 10, 2006,
     defendant **Williams** rented a room at the Jury's Boston Hotel, in Boston,
     Massachusetts.

f)   On or about September 6, 2006, defendant **Williams** established a bank
     account in the name of Redd2Salon, and made the following deposits into
     said bank account:

     i) September 7, 2006 - $3,800; ii) September 11, 2006 - $4,500; iii)
     September 19, 2006 -  $4,750; and iv) October 4, 2006 - $2850.

g)   On or about October 4, 2006, through on or about October 7, 2006, defendant **Williams** rented a room at the Jury's Boston Hotel, in Boston, Massachusetts.

h)   On or about December 7, 2006, and on or about December 18, 2006, defendant **Thomas** rented a room at the Dupont Hotel in Washington, D.C.

i)   On or about December 8, 2006, through December 10, 2006, defendant **Thomas** rented a room at the Jury's Washington Hotel in Washington, D.C.

j)   On or about December 12, 2006, through on or about December 15, 2006, and on or about July 9, 2007, through on or about July 18, 2007, defendant **Thomas** rented a room at the Washington, D.C. Courtyard Marriott Hotel.

k)   On or about March 26, 2007, defendant **Thomas** rented a room a the St. Gregory Hotel in Washington, D.C.

l)   On or about May 30, 2007, defendant **Petitt** assisted, aided and abetted defendant **Williams** in verbally and physically assaulting E.H.

m)   On or about June 26, 2007, defendant **Williams** sent $391.00 via wire transfer to Darkside Productions.

n)   On or about July 23, 2007, at approximately 2:05 a.m., defendant **Thomas** posted a $100 bond to secure the release of K.D. a/k/a J.L. who had been arrested by the District of Colombia Metropolitan Police Department.

o)   On or about August 15, 2007, in the presence of defendant **Petitt**, defendant

**Williams** verbally, physically and sexually assaulted K.D. a/k/a J.L.

p)   On or about August 15, 2007, defendants **Thomas** and **Petitt**, removed

computers and various storage media from 3046 Morning Star Drive, Little

Elm, Texas.

All in violation of 18 U.S.C. §§ 371 (18 U.S.C. § 2421) and 2.

<u>Count Two</u>
Transportation for Prostitution
(Violation of 18 U.S.C. §§ 2421 and 2)

1.     The Grand Jury realleges and incorporates the Introduction of this

Indictment as fully set forth herein.

2.     On or about June 16, 2006, in the Northern District of Texas and elsewhere,

defendant **Marcus Choice Williams,** together with others known and unknown to the

Grand Jury, and while aiding and abetting one another did knowingly transport C.L. a/k/a

T.A. in interstate commerce from Dallas, Texas to Wheaton, Maryland and Washington,

D.C., with intent that C.L. a/k/a T.A. engage in prostitution and in any sexual activity for

which any person can be charged with a criminal offense.

In violation 18 U.S.C. §§ 2421 and 2.

Count Three
Transportation for Prostitution
(Violation of 18 U.S.C. §§ 2421 and 2)

1.     The Grand Jury realleges and incorporates the Introduction of this

Indictment as fully set forth herein.

2.     On or about August 14, 2006, in the Northern District of Texas and

elsewhere, defendant **Marcus Choice Williams**, together with others known and

unknown to the Grand Jury, and while aiding and abetting one another, did knowingly

transport R.F. a/k/a K.M. in interstate commerce from Dallas, Texas to Boston,

Massachusetts, with intent that R.F. a/k/a K.M.engage in prostitution and in any sexual

activity for which any person can be charged with a criminal offense.

In violation of 18 U.S.C. §§ 2421 and 2.

Count Four
Transportation for Prostitution
(Violation 18 U.S.C. §§ 2421 and 2)

1.     The Grand Jury realleges and incorporates the Introduction of this

Indictment as fully set forth herein.

2.     On or about September 7, 2006, in the Northern District of Texas and

elsewhere, **Marcus Choice Williams**, together with others known and unknown to the

Grand Jury, and while aiding and abetting one another, did knowingly transport C.L. a/k/a

T.A. in interstate commerce from Dallas, Texas to Baltimore, Maryland and Washington,

D.C., with intent that C.L. a/k/a T.A. engage in prostitution and in any sexual activity for

which any person can be charged with a criminal offense.

In violation 18 U.S.C. §§ 2421 and 2.

<u>Count Five</u>
Transportation for Prostitution
(Violation 18 U.S.C. §§ 2421 and 2)

1.　　The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.　　On or about September 15, 2006, in the Northern District of Texas and elsewhere, **Marcus Choice Williams**, together with others known and unknown to the Grand Jury, and while aiding and abetting one another, did knowingly transport C.L. a/k/a T.A. in interstate commerce from Dallas, Texas to Baltimore, Maryland and Washington, D.C., with intent that C.L. a/k/a T.A. engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

In violation of 18 U.S.C. §§ 2421 and 2.

<u>Count Six</u>
Transportation for Prostitution
(Violation 18 U.S.C. §§ 2421 and 2)

1.      The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.      On or about September 20, 2006, in the Northern District of Texas and elsewhere, **Marcus Choice Williams**, together with others known and unknown to the Grand Jury, and while aiding and abetting one another,  did knowingly transport R.R. a/k/a C.C. in interstate commerce from Dallas, Texas to Baltimore, Maryland and Washington, D.C., with intent that R.R. a/k/a C.C. engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

In violation of 18 U.S.C. §§ 2421 and 2.

<u>Count Seven</u>
Transportation for Prostitution
(Violation 18 U.S.C. §§ 2421 and 2)

1.     The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.     On or about July 2, 2007, in the Eastern District of Texas and elsewhere, defendant **Marcus Choice Williams**, together with others known and unknown to the Grand Jury, and while aiding and abetting one another, did knowingly transport K.D. a/k/a J.L.  in interstate commerce from Little Elm, Texas to Washington, D.C., with intent that K.D. a/k/a J.L. engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense.

In violation of 18 U.S.C. §§ 2421 and 2.

## Count Eight
### Sex Trafficking by Force
(Violations 18 U.S.C. §§ 1591 and 2)

1.    The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.    On or about June 2, 2007, through on or about August 15, 2007, in the Northern District of Texas and elsewhere, defendant **Marcus Choice Williams,** together with others known and unknown to the Grand Jury, and while aiding and abetting one another, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, and obtain by any means, K.D. a/k/a J.L., an individual, knowing that force, fraud, and coercion would be used to cause K.D. a/k/a J.L. to engage in commercial sex acts.

In violation of 18 U.S.C. §§ 1591 and 2.

**Indictment - Page 14**

## Count Nine
### Attempted Sex Trafficking by Force
(Violations of 18 U.S.C. §§ 1594 (18 U.S.C. § 1591) and 2 )

1.      The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.      From on or about August 14, 2006, and continuing through on or about February 6, 2007, in the Northern District of Texas and elsewhere, defendant **Marcus Choice Williams,** together with others known and unknown to the Grand Jury, and while aiding and abetting one another, did knowingly in and affecting interstate commerce, attempt to recruit and obtain by any means, R.F. a/k/a K.M. knowing that force, fraud and coercion would be used to cause R.F. a/k/a K.M. to engage in commercial sex acts.

In violation of 18 U.S.C. § 1594 (18 U.S.C. § 1591) and 2.

<u>Count Ten</u>
Attempted Sex Trafficking by Force
(Violations of 18 U.S.C. §§ 1594 (18 U.S.C. § 1591) and 2 )

1.       The Grand Jury realleges and incorporates the Introduction of this Indictment as fully set forth herein.

2.       From on or about May 1, 2007, through on or about June 10, 2007, in the Eastern District of Texas and elsewhere, defendant **Williams,** together with others known and unknown to the Grand Jury, and while aiding and abetting one another, did knowingly in and affecting interstate commerce attempt to recruit and obtain by any means E.H. (D.O.B.: December 24, 1982), knowing that force, fraud and coercion would be used to cause E.H. to engage in commercial sex acts.

In violation of 18 U.S.C. § 1594 (18 U.S.C. § 1591) and 2.

<u>Count Eleven</u>
Laundering of Monetary Instruments
(Violations of 18 U.S.C. §§ 1956(a)(1)(A)(I) and 2)

1.     The Grand Jury realleges and incorporates the Introduction of this

Indictment as fully set forth herein.

2.     From in or about September 6, 2006, to in or about December 1, 2006, in

the Northern District of Texas and elsewhere, the defendant, **Marcus Choice Williams**,

and others known and unknown to the Grand Jury, aiding and abetting one another,

knowing that the property involved in a financial transaction represented the proceeds of

some form of unlawful activity, to wit, the violation of 18 U.S.C. § 2421 (transportation

for prostitution) as charged in Counts Four, Five and Six above, conducted financial

transactions affecting interstate commerce which involved the proceeds of such specified

unlawful activity with the intent to promote the carrying on of such specified unlawful

activity, to wit, defendant **Williams** caused multiple deposits to be made into J.P. Morgan

Chase Account #000000711481598 and that while conducting and attempting to conduct

such financial transaction knew that the property involved in the financial transaction

represented the proceeds of some form of unlawful activity.

In violation of 18 U.S.C. §§ 1956(a)(1)(A)(i) and 2.

## ADDITIONAL ALLEGATIONS AS TO COUNT EIGHT

1.      The allegations set forth in Count 8 are hereby realleged and incorporated as if fully set forth in this paragraph, and the additional allegations below are incorporated by reference into Count 8.

2.      The offense involved criminal sexual abuse, attempted criminal sexual abuse, and assault to commit criminal sexual abuse and was committed knowingly by force and threat of force (U.S.S.G. §§ 2G1.1(c)(2); 2A3.1(b)(1)).

## Count Twelve
### Forfeiture Allegation
[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. § 2428(a); 18 U.S.C. § 1594(d); 18 U.S.C. § 982(a)(1)]

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendant **Marcus Choice Williams** shall forfeit to the United States all property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Upon conviction for any of the offenses alleged in Counts Two through Seven and Counts Eight through Ten of this Indictment and pursuant to 18 U.S.C. § 2428(a) and 18 U.S.C. § 1594(d), respectively, defendant **Marcus Choice Williams** shall forfeit to the United States his interest in all property, real or personal, used or intended to be used to commit or facilitate the commission of the respective offense; and all property, real or personal, constituting or derived from any proceeds that he obtained, directly or indirectly, as a result of the respective offense.

Upon conviction for the offense alleged in Count Eleven of this Indictment and pursuant to 18 U.S.C. § 982(a)(1), defendant **Marcus Choice Williams** shall forfeit to the United States all property, real or personal, involved in the offense or traceable to property involved in the offense.

A TRUE BILL

FOREPERSON

LORETTA KING
ACTING ASSISTANT ATTORNEY GENERAL FOR CIVIL RIGHTS

MYESHA BRADEN
U.S. Department of Justice
Civil Rights Division - Criminal Section
District of Columbia Bar No. 461485
601 D Street, NW - Fifth Floor
Washington, DC 20530
Telephone: 202.305.1483
Facsimile: 202.514-8336
Email:      Myesha.Braden@usdoj.gov


JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile:  214.767.2916
Email:      Errin.Martin@usdoj.gov



**Indictment - Page 20**

**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUN - 2 2009

CLERK, U.S. DISTRICT COURT

By _____
Deputy

---

THE UNITED STATES OF AMERICA

VS.     **3-09 CR 145-N**

MARCUS CHOICE WILLIAMS (1)
KENYA LEEANN THOMAS (2)
PRESTON PETITT (3)

---

SEALED INDICTMENT

18 U.S.C. § 371 (18 U.S.C. § 2421)
Conspiracy to Transport for Prostitution

18 U.S.C. §§ 2421 and 2
Transportation for Prostitution

18 U.S.C. §§ 1591 and 2
Sex Trafficking by Force

18 U.S.C. §§ 1594 (18 U.S.C. § 1591) and 2
Attempted Sex Trafficking by Force

18 U.S.C. §§ 1956(a)(1)(A)(I) and 2
Laundering of Monetary Instruments

18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); 18 U.S.C. § 2428(a); 18 U.S.C. §
1594(d); 18 U.S.C. § 982(a)(1)
Forfeiture Allegation

12 Counts

---

A true bill,

DALLAS     FOREPERSON

Filed in open court this _____ day of _____, A.D. 2009.

_____ Clerk

ISSUE WARRANT FOR ARREST for:

**Marcus Choice Williams and**
**Kenya Leeann Thomas**

------------------------------------------------------------------------------

_____

UNITED STATES MAG/DISTRICT JUDGE                6/2/09

No Criminal Case Pending

**\*\*\*THIS MATTER IS TO BE SEALED\*\*\***

**3-09 CR 145-N**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

SEALED

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1.  **Defendant Information**

ORIGINAL

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

☒ Yes ☐ No

Defendant Name   MARCUS CHOICE WILLIAMS

Alias Name   a.k.a. "CrossCountry Redd" a.k.a "Redd"

Address   _____

_____

RECEIVED
BY _____

JUN 2 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed:   DALLAS

2.  **U.S. Attorney Information**

Errin Martin   Bar #  TX Bar No. 24032572

3.  **Interpreter**

☐ Yes  ☒ No   If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date   _____

☐ Already in Federal Custody as of ___ in _____
☐ Already in State Custody
☐ On Pretrial Release

**\*Please issue an Arrest Warrant\***

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: 12    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 371 (18 USC 2421) | Conspiracy to Transport for Prostitution | 1 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 2 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 3 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 4 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 5 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 6 |
| 18 USC §§ 2421 and 2 | Transportation for Prostitution | 7 |

| | | |
|---|---|---|
| 18 USC §§ 1591 and 2 | Sex Trafficking by Force | 8 |
| 18 USC §§ 1594 (18 USC § 1591) and 2 | Attempted Sex Trafficking by Force | 9 |
| 18 USC §§ 1594 (18 USC § 1591) and 2 | Attempted Sex Trafficking by Force | 10 |
| 18 USC §§ 1956(a)(1)(A)(I) and 2 | Laundering of Monetary Instruments | 11 |
| 28 U.S.C. § 2461(c); 18 U.S.C. § 2428(a); 18 U.S.C. § 1594(d); 18 U.S.C. § 982(a)(1) | Forfeiture Allegation | 12 |

Date _June 2, 2009_       Signature of AUSA: _____

                                        Name of AUSA

**SEALED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

ORIGINAL

Related Case Information

Superseding Indictment:  ☐ Yes  ☒ No   New Defendant: ☒ Yes  ☐ No

Pending CR Case in NDTX:  ☐ Yes  ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1.  **Defendant Information**

Juvenile:  ☐ Yes  ☒ No

If Yes, Matter to be sealed:

☒ Yes  ☐ No

| | |
|---|---|
| Defendant Name | KENYA LEEANN THOMAS |
| Alias Name | a.k.a. "Arielle Scott" |
| Address | |
| | |

RECEIVED

BY _____

JUN 2 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

County in which offense was committed:     DALLAS

2.  **U.S. Attorney Information**

Errin Martin                               Bar # TX Bar No. 24032572

3.  **Interpreter**

☐ Yes  ☒ No    If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date _____

☐ Already in Federal Custody as of ___ in _____
☐ Already in State Custody
☐ On Pretrial Release

**\*Please issue an Arrest Warrant\***

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: _____1_____   ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 371 (18 USC § 2421) | Conspiracy to Transport for Prostitution | 1 |

Date June 2. 2009                Signature of AUSA: _____

Name of AUSA

**2009 CR 145-N**

**SEALED**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

ORIGINAL

RECEIVED
BY
JUN 2 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

### Related Case Information

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number _____

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☒ Yes ☐ No

   Defendant Name   PRESTON PETITT

   Alias Name   _____

   Address   _____

   County in which offense was committed:   DALLAS

2. **U.S. Attorney Information**

   Errin Martin   Bar # TX Bar No. 24032572

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect:_____

4. **Location Status**

   Arrest Date _____

   ☒ Already in Federal Custody as of ___ in _____
   ☐ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: ____1____   ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC § 371 (18 USC § 2421) | Conspiracy to Transport for Prostitution | 1 |

Date June 2, 2009   Signature of AUSA: _Errin Martin_

Name of AUSA